```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :
                                 :
        v.                       :
                                 :
DAVID TOOMER GARVIN              :    CRIMINAL NO. 06-514-1
```

ORDER

AND NOW, this 18th day of May, 2012, upon consideration of the probation officer's report of violations of certain conditions of defendant's supervised release, and after a hearing this day at which the defendant did not contest the report's claims that he on March 31, 2011 was sentenced to six to twelve months' custody in the Court of Common Pleas of Philadelphia County in Case No. CP-51-CR-0012010-2010 for promoting prostitution as a business and criminal solicitation prostitution and was also convicted in the Court of Common Pleas of Philadelphia County in Case No. 51-0008507-2011 for simple assault and recklessly endangering another person, for which was sentenced to three years probation, and the Court finding that defendant is in wholesale and grave violation of the terms of his supervised release, it is hereby ORDERED that:

      1.  The defendant's supervised release is REVOKED;

      2.  The defendant shall be REMANDED to the custody of the Bureau of Prisons for a term of twenty-four months; and

3.  Upon defendant's release from federal custody his supervised release shall RESUME for a period of twelve months under the same terms and conditions imposed in this Court's Judgment of April 5, 2007.

BY THE COURT:

__\s\Stewart Dalzell