1                    IN THE UNITED STATES DISTRICT COURT

2                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

4    UNITED STATES OF AMERICA        :    CRIMINAL ACTION
                                     :
5               vs.                  :
                                     :
6    DAVID TOOMER GARVIN             :    NO. 06-514-01

7

                         PHILADELPHIA, PENNSYLVANIA
8
                             MAY 18, 2012
9

10   BEFORE:        THE HONORABLE STEWART DALZELL, J.

11

                  REVOCATION OF SUPERVISED RELEASE HEARING
12
     APPEARANCES:
13
                      OFFICE OF THE UNITED STATES ATTORNEY
14                    BY:  LOUIS D. LAPPEN, ESQUIRE
                      First Assistant United States Attorney
15                    Eastern District of Pennsylvania
                      Suite 1250 - 615 Chestnut Street
16                    Philadelphia, PA  19106
                      Counsel for the Government
17

18                    DEFENDER ASSOCIATION OF PHILADELPHIA
                      BY:  MARK T. WILSON, ESQUIRE
19                    Suite 540 W., The Curtis Center
                      601 Walnut Street
20                    Philadelphia, PA  19106
                      Counsel for the Defendant
21

22                    KATHLEEN FELDMAN, CSR, CRR, RPR, CM
                      Official Court Reporter
23                    Room 1234 - U.S. Courthouse
                      601 Market Street
24                    Philadelphia, PA 19106
                      (215) 779-5578
25
            (Transcript produced by machine shorthand via C.A.T.)

1    IN ATTENDANCE:

2                    Derrick Luby
                     United States Probation Office
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              (Proceedings commenced at 11 a.m.)

2              THE COURT:  Good morning, everyone.

3              MR. LAPPEN:  Good morning, your Honor.

4              MR. WILSON:  Good morning.

5              THE COURT:  We are together in United States of

6   America versus David Toomer Garvin, which is Criminal Number

7   06-514, and we are here to consider a bit of ancient history,

8   namely, a violation of supervised release petition that I

9   signed on April 27, 2011, involving the defendant.

10             And we are delighted to have with us the First

11  Assistant U.S. Attorney, Louis Lappen.

12             MR. LAPPEN:  Thank you.

13             THE COURT:  And we're also delighted to have another

14  old friend, since we're all a bit older than we were when this

15  started, Mark Wilson.  How are you?

16             MR. WILSON:  Good, your Honor.

17             THE COURT:  And pinch hitting for Mr. Crawford is

18  Derrick Luby.

19             PROBATION OFFICER LUBY:  Good morning, your Honor.

20             THE COURT:  Good morning.  And, Mr. Garvin, welcome

21  back.

22             Our first order of business, of course, is

23  the -- the reason this has been delayed, we always, where

24  there are alleged violations in the form of commission of

25  other crimes, wait to see what happens.  And I take it, Mr.

```
 1    Wilson, in the Item A, which relates to CP-51-CR-0012010-2010,

 2    it's not disputed that on March 31, 2011, your client was

 3    sentenced to 6 months to 12 months custody by the Honorable

 4    Daniel J. Anders of the Court of Common Pleas of Philadelphia

 5    County; is that correct?

 6              MR. WILSON:  That is correct, your Honor.  It's also

 7    my information that an appeal was filed from that conviction

 8    that is still pending in the Superior Court of Pennsylvania.

 9              THE COURT:  Okay, thank you.  But the conviction's

10    not disputed?

11              MR. WILSON:  He was convicted, that's correct.

12              THE COURT:  He was convicted.

13              And, secondly, in Item B, which I'm advised is

14    CP-51-CR-0008507-2011, my understanding is that a couple of

15    weeks ago, the defendant was sentenced to time served on that.

16              MR. WILSON:  I believe he was given a probation

17    sentence, your Honor.

18              THE COURT:  A probation?

19              MR. LAPPEN:  Yes, that's my understanding.

20              THE COURT:  Does the Government have that?

21              MR. LAPPEN:  Yes, we do, your Honor.  My

22    understanding is he was sentenced to 3 years probation.

23              THE COURT:  3 years probation?

24              MR. LAPPEN:  Yes.

25              THE COURT:  Okay --
```

1           MR. WILSON:  Yes.

2           THE COURT:  -- on this offense which was aggravated

3  assault, possessing an instrument of crime, terroristic

4  threats, simple assault and reckless endangerment?  Is that

5  what he was sentenced on?

6           MR. LAPPEN:  Yes, that's correct, your Honor.

7           THE COURT:  Those offenses?

8           MR. LAPPEN:  Right.  He received 2 years probation

9  on the simple assault and then 1 year of probation on the

10 recklessly endangering another person.  And that was

11 consecutive term --

12          THE COURT:  What was the date of that sentence?

13          MR. LAPPEN:  April 24th, 2012.

14          THE COURT:  Okay.  April 24, 2012.  Thank you, Mr.

15 Lappen.

16          I take it that's not contested either?

17          MR. WILSON:  No, your Honor.

18          THE COURT:  Is that on appeal?

19          MR. WILSON:  No, your Honor.

20          THE COURT:  Okay.  And with respect to Items C and

21 D, obviously, they're far less consequential.  Are they

22 disputed?

23          MR. WILSON:  Your Honor, C, he did not appear on

24 those particular dates, although he indicates that he was

25 unable to appear on those dates.  He didn't always have a cell

1  phone.  The way that RUT program works is you get a voice mail

2  in the morning or a call in the morning from the computer

3  telling you -- or you're supposed to call in to a voice

4  program that tells you what your color is, and then if it's

5  your color, you're supposed to come in that day within the

6  next 24 hours for a urine.  There were times at that time that

7  he didn't have access to a phone.

8           THE COURT:  Okay.

9           MR. WILSON:  With respect to D, your Honor --

10          THE COURT:  Yes.

11          MR. WILSON:  I have his prescription for Dronabinol,

12  which, if I can show --

13          THE COURT:  Well, this came up because I was looking

14  at my file.  I did an order on October 7, 2010, that dealt

15  with that issue, and noted certain concerns that I had, and it

16  denied Mr. Garvin's motion for modification "without

17  prejudice."  And I'm quoting paragraph three thereof.  Without

18  prejudice to his submission of an amended motion that

19  adequately addresses the concerns that I identified in the

20  order.  And I never got anything after that.

21          MR. WILSON:  I believe he was arrested shortly after

22  that, your Honor, but with respect to -- all of these

23  incidents occurred before that motion was filed, obviously.

24  And I may have attached this to the previous motion, your

25  Honor, but it was --

          1              THE COURT:  I think you did --

          2              MR. WILSON:  I have one of his prescriptions.

          3              THE COURT:  -- because it's alluded to.

          4              MR. WILSON:  He took the medication to treat nausea

          5    and vomiting and it's also used to treat loss of appetite and

          6    weight loss in patients that have the condition that Mr.

          7    Garvin has, and, specifically, it indicates on the

          8    prescription the Dronabinol, also called THC, is the man-made

          9    form of the active natural substance in marijuana.

         10              THE COURT:  Well, I guess the point is this.  We

         11    have our hands sufficiently full with Items A and B; wouldn't

         12    you agree?

         13              MR. WILSON:  Yes, your Honor.

         14              THE COURT:  So -- and they're not contested?

         15              MR. WILSON:  That's correct.

         16              THE COURT:  I mean, they can't be contested.

         17              So let me ask my old friend, Mr. Lappen, what the

         18    Government's view is about this.  And I say that because,

         19    obviously, they are serious matters and troubling matters,

         20    particularly for a defendant to whom I gave a break at the

         21    time that you were an ordinary trial attorney, because we were

         22    concerned about his health situation since he was HIV positive

         23    and we gave him a bit of a break even without a motion.  But

         24    things haven't worked out as we had all hoped.  So what's the

         25    Government's view of what I should do now in view of these two

1    convictions?

2              MR. LAPPEN:  That is true, your Honor, and that

3    was --

4              THE COURT:  Why don't you come forward to the

5    lectern.

6              MR. LAPPEN:  That was my thought exactly.  I mean,

7    these are the cases that you really don't want to see again,

8    because the crime that Mr. Toomer Garvin committed originally

9    was a serious fraud crime.

10             THE COURT:  Absolutely.  Defrauding a Crime Victims

11   Fund.

12             MR. LAPPEN:  Correct.

13             THE COURT:  I remember it well.  I'm sure you do,

14   too.

15             MR. LAPPEN:  Right.  Absolutely.  And I'm quite sure

16   had Mr. Toomer not been suffering from his physical maladies

17   as he was, that your Honor would have imposed a far more

18   serious sentence.

19             THE COURT:  No question about it.

20             MR. LAPPEN:  And I also remember well that your

21   Honor warned the defendant that he was not to commit

22   additional crimes, that he was receiving a break, and don't

23   come back.  That's a clear message that's sent to a defendant

24   such as this.

25             THE COURT:  So I guess here, obviously, he's in

1   violation.  I guess the question that is worth discussing

2   besides the length of the punishment for that, which,

3   obviously, is going to be consecutive because he's already

4   served the time on the two state matters, is whether any

5   further supervision makes the slightest bit of sense given, A,

6   his track record, and, B, something that's happened since the

7   sentencing, which is the crunch that I know your office and

8   the Judiciary and, indeed, the Federal Defender are facing

9   given the federal budgetary constraints that affect all of us.

10  I'm just trying to be practical here.

11          MR. LAPPEN:  Right.  And that's always -- it's

12  always the question.  It seems as if sometimes defendants come

13  in here and the more troubled they are, the more crimes

14  they're committing, they get a bizarre benefit in some sense

15  because the court system doesn't want to handle them anymore

16  and they're relieved of their obligations under a supervised

17  release term.

18          THE COURT:  Right.

19          MR. LAPPEN:  I know that I spoke with the probation

20  officer before the hearing and their recommendation is some

21  period of continued supervision, not the maximum period, but

22  some period, and I think that would be appropriate here to

23  make sure, as best we can, that this person is, as best we can

24  hope, set in the right direction.

25          THE COURT:  But Mr. Garvin, though, is over 40.  So,

1    you know, some of us who are past that, even looking back from

2    our antiquated age, that's when criminality should be dropping

3    off, but that hasn't happened here.  Quite the contrary.

4            MR. LAPPEN:  That's true, it has not.

5            THE COURT:  So the Government's view is there should

6    be some period of supervised release?

7            MR. LAPPEN:  Correct.  And I know the Probation's

8    recommendation here is 20 months in prison followed by 12

9    months of supervised release.

10           THE COURT:  Right.  And the Guideline range -- of

11   course, even pre-Booker, the Guidelines were advisory as far

12   as probation violations were concerned.  The statutory maximum

13   is 24 months, isn't it?

14           MR. LAPPEN:  That's correct.

15           THE COURT:  But the Guideline range, I think it

16   capped out at 23?

17           MR. LAPPEN:  15 to 21.

18           THE COURT:  15 to 21.  15 to 21.

19           Since he got such a break at the sentencing, and

20   given the seriousness of not one, but two convictions, don't

21   you think that this is a candidate for 24 months?

22           MR. LAPPEN:  It certainly is, and we're not talking

23   about a large difference between 20 and 24.

24           THE COURT:  No.

25           MR. LAPPEN:  I know that Probation recommended 20.

1    That's at the high end of the Guideline range.  Obviously, I

2    would defer to the Court as to what the appropriate sentence

3    is.  It should certainly be a serious sentence of imprisonment

4    and --

5             THE COURT:  It should be.

6             MR. LAPPEN:  -- should send a message that this

7    can't be tolerated anymore.

8             THE COURT:  And we just can't, and as you accurately

9    recall, I said it point blank at the time I imposed sentence

10   back in, what was it, '07?

11            MR. LAPPEN:  That's correct.

12            THE COURT:  Okay, thanks, Mr. Lappen.

13            MR. LAPPEN:  Thank you.

14            THE COURT:  Mr. Wilson, you were there, also, when I

15   imposed sentence, and I did say what Mr. Lappen recalled I

16   said and I gave your client a break, and I guess this is

17   further evidence, if any were needed, that no good deed goes

18   unpunished.

19            MR. WILSON:  Well, your Honor, if I might, while Mr.

20   Garvin was in custody serving the last sentence, the house

21   that had been his mother's house that he was living in was in

22   dire need of repairs.  I don't know if your Honor recalls, at

23   the time of sentencing, the various repairs that it needed.

24   There were pictures that were presented showing gaping holes

25   in the roof.  And that house was taken by the City.  So when

1   he came out from prison, he had no place to live and he's

2   basically been living at the Ridge Avenue Shelter while on

3   supervised release.  The most recent conviction, the simple

4   assault conviction, that incident occurred right in front of

5   the shelter as he was returning or coming to the shelter.

6   They only opened it during the evening hours.  He was coming

7   to the shelter.  There was -- it seems that he was accosted by

8   another individual and he felt that he was defending himself

9   during that incident.  The injuries, from what I understand,

10  were relatively nonexistent.  It was a scratch that appeared

11  on -- they had a photograph of it.  The complainant did not

12  appear.  After the preliminary hearing, the complainant did

13  not appear for any listings after that.  At the listing at

14  which Mr. Garvin eventually pled guilty, a plea deal was

15  offered to him and he decided to take it.  You know, it ended

16  the process for him as far as he was concerned at that point.

17  But it was an altercation that was between two individuals who

18  were using the shelter --

19          THE COURT:  It did involve a knife, though, didn't

20  it?

21          MR. WILSON:  That's the allegation.

22          THE COURT:  I don't have the transcript of the

23  guilty plea, but that's what Mr. --

24          MR. WILSON:  I thought it was simple assault.

25          THE COURT:  That's what Mr. Carmichael put into the

```
 1    report.  The arrest report said that.
 2              MR. WILSON:  That was the allegation --
 3              THE COURT:  That's the allegation.
 4              MR. WILSON:  -- that came not from the police.  No
 5    knife was recovered.  It came not from the police; it came
 6    from the complainant who never showed up after the preliminary
 7    hearing.
 8              THE COURT:  But, in any event, he did plead guilty
 9    to these charges.
10              MR. WILSON:  To simple assault and reckless
11    endangering.
12              THE COURT:  And reckless endangerment, okay.
13              MR. WILSON:  I don't think there was -- there was a
14    possession of instrument crime charged initially, but I don't
15    think he pled guilty to that.  So while there was an
16    allegation, initially, that he had a knife, there was no plea
17    to that.
18              THE COURT:  Okay.
19              MR. WILSON:  The --
20              THE COURT:  But, of course, the other matter which
21    involves a solicitation from somebody who's HIV positive --
22              MR. WILSON:  And I'm not going to comment on that,
23    your Honor, other than that I know he was convicted.  There
24    was a trial.  It is on appeal to the Superior Court.
25              MR. LAPPEN:  May I interrupt one moment?
```

1          THE COURT:  Yes, Mr. Lappen.

2          MR. LAPPEN:  I don't think the appeal relates to the

3   underlying facts of the case.  It's on a legal issue having to

4   do with a suppression of a statement.

5          THE COURT:  I'm sorry, Mr. Lappen?

6          MR. LAPPEN:  The appeal relates to the suppression

7   of a statement, not to a challenge to what the underlying fact

8   is.  That is, he's not denying, as far as I know, that he did

9   what is alleged in that case.  It's just a question of whether

10  his rights were violated by a statement that was taken from

11  him.

12         THE COURT:  Right, but he was, indeed, convicted.

13  Was it a jury trial or nonjury trial?

14         MR. WILSON:  Nonjury trial, your Honor.

15         THE COURT:  In the Criminal Justice Center.

16         MR. WILSON:  He did -- just, if I may --

17         THE COURT:  Yes.

18         MR. WILSON:  -- he did deny the allegation in the

19  charge.  There is an appeal that, if he won, would

20  theoretically grant him a new trial, at which he would

21  continue to deny that he did anything to approach a police

22  officer, an undercover police officer, and solicit him.

23         THE COURT:  Okay, but God knows when that's going to

24  happen.

25         MR. WILSON:  That is correct.

1          MR. LAPPEN:  I mean --

2          THE COURT:  I'm sorry?

3          MR. LAPPEN:  That is what he did.

4          THE COURT:  Right.

5          MR. LAPPEN:  I mean, they may have obtained the

6   evidence of that illegally, that's the argument, but that's

7   what he did.  He wasn't --

8          THE COURT:  But the underlying conviction --

9          MR. LAPPEN:  Right.

10          THE COURT:  Right.  So, anyway, we're talking about

11   the sanction.

12          MR. WILSON:  Yes, your Honor.

13          THE COURT:  So you must admit I gave him a very

14   significant break at the time of sentencing, and I did say the

15   things that Mr. Lappen recalled, because I recall them,

16   because I don't forget this case.  And once I refreshed my

17   recollection -- I mean, it was an unusual case, as frauds go,

18   to defraud the Crime Victims Fund and stage phony crimes.  We

19   have plenty of real ones, that's for sure.

20          MR. WILSON:  And, your Honor, that did occur quite a

21   while ago.  I think in the early part of the last decade.  I

22   think the Guidelines were 30 to 37 and your Honor gave him 24

23   months, if I recall correctly.

24          THE COURT:  That is correct.

25          MR. WILSON:  Your Honor, living at the shelter,

1    Upper Ridge Avenue, is not an easy thing, having represented

2    many an individual who's been charged with a very similar type

3    of offense outside of that shelter.  In the hours between

4    about 8 to 10 o'clock at night when people are starting to

5    line up to get into the shelter at night, disputes occur

6    between people who are all residing at the shelter there for

7    various reasons, but all of them -- various reasons, all

8    involving poverty, that these disputes arise.  And the police,

9    to try and keep some semblance of order, will just bring

10   people in.  And they're not always the most serious of

11   incidents and sometimes people have to defend themselves in a

12   very difficult situation.  What little they do acquire becomes

13   subject to theft from all different angles.  And I would say

14   in Mr. Garvin's defense, it's a different society than what

15   most people in Philadelphia or the environs live in.

16          THE COURT:  I'm sure Mr. Lappen would not question

17   that and I certainly don't.

18          MR. WILSON:  So I would suggest to your Honor that,

19   yes, he pled guilty to simple assault and recklessly

20   endangering another person.  It's not the same as if somebody

21   had been in a bar that's frequented by upper middle class

22   people and they get in a fight with each other and somebody

23   hurts somebody seriously enough to get a simple assault

24   conviction.  It's somewhat, I would suggest, a different

25   thing, and I would suggest doesn't require the same type of

1   sanction.  Obviously, Mr. Garvin does have a record, and I'm

2   not trying to, in any way, discount what he was convicted of

3   before your Honor in this case, but his circumstances have, if

4   anything, gotten much worse since the last time and --

5           THE COURT:  Which way does that cut, though?  They

6   are worse, I agree with you, and I'm sympathetic to that, but,

7   nevertheless, it has enhanced the probability of criminality

8   in both offenses that bring us together; one, desperate for

9   cash, and the other, an altercation.

10          One thing we know about prison life is that it's

11  structured.  Certainly in the Bureau of Prisons, it is.

12          MR. WILSON:  Certainly, though, at a cost to the

13  public.

14          THE COURT:  Of course.  Of course, but there are

15  other costs, as well.  I mean, for example, in the first case,

16  the 2010 case, my goodness, the person is HIV positive who's

17  going to have a sexual contact with somebody.  That's quite

18  serious, indeed, regardless of whatever the suppression issue

19  may have been.

20          Okay, anything else you'd like to say?

21          MR. WILSON:  And, for the record, your Honor, while

22  he was found guilty by the judge at that time and the

23  statement may have had some sway over what the judge decided,

24  he has always denied that he had that encounter of any kind

25  with the undercover police officer.

1              THE COURT:  Well, he was found guilty beyond a

2      reasonable doubt.

3              So, Mr. Garvin, would you like to address the Court?

4      You don't have to, but if you'd like to, this would be the

5      time to do it.

6              THE DEFENDANT:  Yes.

7              THE COURT:  Okay, will you come forward, please.

8              DAVID TOOMER GARVIN, DEFENDANT, SWORN.

9              THE COURT:  Yes, sir, what would you like to say?

10             THE DEFENDANT:  Um, that it is true that I did get

11     arrested twice, but I did appeal the first case.  It is not

12     true that I approached that officer and made any kind of --

13     complied with him to do any type of sexual act.  That's not

14     true.  I appealed the case.

15             THE COURT:  So I should just ignore the fact that

16     you were found guilty by the Common Pleas judge?

17             THE DEFENDANT:  It was a waiver judge, and I was

18     told by my attorney to take the waiver judge and not take the

19     jury trial.

20             THE COURT:  Okay, I can see you obviously learned

21     from that.

22             THE DEFENDANT:  Yeah.  I should have took the jury

23     trial and not the waiver judge.

24             THE COURT:  Right.  That's the lesson you took from

25     that?

1            THE DEFENDANT:  Yeah.

2            THE COURT:  Okay.

3            THE DEFENDANT:  But there was no -- you know, I did

4    not comply with any act.  And I was getting SSI, so I was not

5    cash thirsty, although I was living in the shelter.  And,

6    secondly, I got into a fight and it was beyond my control.  I

7    couldn't do anything else about it.  You know, it was either

8    him get hurt or me get hurt.  And even after fighting this

9    guy, I didn't hurt him seriously.  I tried to just -- the word

10   is detain him, so he couldn't hurt me.  So it wasn't no

11   serious injury to him.  And I didn't -- I did not plead guilty

12   to aggravated assault, but I did plead guilty to the simple

13   assault.  Because I was incarcerated for up to a year in state

14   prison and, also, not just at state prison, they had me in PC

15   where I was locked up 23 hours a day and let out for one hour

16   a day, so just to, you know, get it over with, I pled guilty

17   to simple assault.

18            THE COURT:  Okay.  Anything else you'd like to say?

19            THE DEFENDANT:  I'm hoping for --

20            THE COURT:  Pardon?

21            THE DEFENDANT:  I'm hoping for leniency, your Honor.

22            THE COURT:  Okay.  Well, it's quite evident from Mr.

23   Garvin's comments just now that, regrettably, we are far from

24   realizing the goals that Congress had in mind when it created

25   the supervision idea in the Sentencing Reform Act of 1984; the

1    goal, of course, being to guide people down into lawful

2    conduct so that there wouldn't be recidivism.  And it's quite

3    evident to me that that has not occurred here by a long shot.

4    So we have two convictions, and the defendant is free to think

5    what he may about those convictions, but we take them

6    seriously here.  I believe proof beyond a reasonable doubt is

7    still the standard under the due process clause in the Common

8    Pleas Court, as it is here, and so because of these violations

9    described in Paragraphs A and B, as amended by what we've

10   learned since at the hearing today, I find that the defendant

11   is in violation of the term of his supervised release in a

12   very grave form and so I will sanction him by sentencing him

13   to 24 months custody to be followed by another year of

14   supervised release under the conditions imposed in the

15   original judgment.

16          Now, of course, Mr. Garvin, you may appeal this.

17   You know how to take appeals, evidently, and you have 14 days

18   from today to do so.

19          So is there anything else from the Government?

20          MR. LAPPEN:  No.  Thank you, your Honor.

21          THE COURT:  Mr. Wilson?

22          MR. WILSON:  I have nothing further, your Honor.

23          THE COURT:  Thank you all very much.

24          (Proceedings concluded at 11:29 a.m.)

25

C E R T I F I C A T E

    I certify that the foregoing is a correct transcript from the record of the proceedings in the above-entitled matter.


_____

Kathleen Feldman, CSR, CRR, RPR, CM
Official Court Reporter

Date: _____

**'**

**'07** [1] - 11:10

**0**

**06-514** [2] - 3:7
**06-514-01** [1] - 1:6

**1**

**1** [1] - 5:9
**10** [1] - 16:4
**11** [1] - 3:1
**11:29** [1] - 20:24
**12** [2] - 4:3, 10:8
**1234** [1] - 1:23
**1250** [1] - 1:15
**14** [1] - 20:17
**15** [3] - 10:17, 10:18
**18** [1] - 1:8
**19106** [3] - 1:16, 1:20, 1:24
**1984** [1] - 19:25

**2**

**2** [1] - 5:8
**20** [3] - 10:8, 10:23, 10:25
**2010** [2] - 6:14, 17:16
**2011** [2] - 3:9, 4:2
**2012** [3] - 1:8, 5:13, 5:14
**21** [3] - 10:17, 10:18
**215** [1] - 1:24
**23** [2] - 10:16, 19:15
**24** [7] - 5:14, 6:6, 10:13, 10:21, 10:23, 15:22, 20:13
**24th** [1] - 5:13
**27** [1] - 3:9

**3**

**3** [2] - 4:22, 4:23
**30** [1] - 15:22
**31** [1] - 4:2
**37** [1] - 15:22

**4**

**40** [1] - 9:25

**5**

**540** [1] - 1:19

**6**

**6** [1] - 4:3
**601** [2] - 1:19, 1:23
**615** [1] - 1:15

**7**

**7** [1] - 6:14
**779-5578** [1] - 1:24

**8**

**8** [1] - 16:4

**A**

**a.m** [2] - 3:1, 20:24
**above-entitled** [1] - 21:4
**absolutely** [2] - 8:10, 8:15
**access** [1] - 6:7
**accosted** [1] - 12:7
**accurately** [1] - 11:8
**acquire** [1] - 16:12
**act** [2] - 18:13, 19:4
**Act** [1] - 19:25
**ACTION** [1] - 1:4
**active** [1] - 7:9
**additional** [1] - 8:22
**address** [1] - 18:3
**addresses** [1] - 6:19
**adequately** [1] - 6:19
**admit** [1] - 15:13
**advised** [1] - 4:13
**advisory** [1] - 10:11
**affect** [1] - 9:9
**age** [1] - 10:2
**aggravated** [2] - 5:2, 19:12
**ago** [2] - 4:15, 15:21
**agree** [2] - 7:12, 17:6
**allegation** [5] - 12:21, 13:2, 13:3, 13:16, 14:18
**alleged** [2] - 3:24, 14:9
**alluded** [1] - 7:3
**altercation** [2] - 12:17, 17:9
**amended** [2] - 6:18,

20:9
**AMERICA** [1] - 1:4
**America** [1] - 3:6
**ancient** [1] - 3:7
**Anders** [1] - 4:4
**angles** [1] - 16:13
**antiquated** [1] - 10:2
**anyway** [1] - 15:10
**appeal** [8] - 4:7, 5:18, 13:24, 14:2, 14:6, 14:19, 18:11, 20:16
**appealed** [1] - 18:14
**appeals** [1] - 20:17
**appear** [4] - 5:23, 5:25, 12:12, 12:13
**APPEARANCES** [1] - 1:12
**appeared** [1] - 12:10
**appetite** [1] - 7:5
**approach** [1] - 14:21
**approached** [1] - 18:12
**appropriate** [2] - 9:22, 11:2
**April** [3] - 3:9, 5:13, 5:14
**argument** [1] - 15:6
**arise** [1] - 16:8
**arrest** [1] - 13:1
**arrested** [2] - 6:21, 18:11
**assault** [11] - 5:3, 5:4, 5:9, 12:4, 12:24, 13:10, 16:19, 16:23, 19:12, 19:13, 19:17
**Assistant** [2] - 1:14, 3:11
**ASSOCIATION** [1] - 1:18
**attached** [1] - 6:24
**ATTENDANCE** [1] - 2:1
**ATTORNEY** [1] - 1:13
**attorney** [2] - 7:21, 18:18
**Attorney** [2] - 1:14, 3:11
**Avenue** [1] - 12:2, 16:1

**B**

**bar** [1] - 16:21
**becomes** [1] - 16:12
**BEFORE** [1] - 1:10
**benefit** [1] - 9:14
**best** [2] - 9:23

**between** [4] - 10:23, 12:17, 16:3, 16:6
**beyond** [2] - 18:1, 19:6, 20:6
**bit** [4] - 3:7, 3:14, 7:23, 9:5
**bizarre** [1] - 9:14
**blank** [1] - 11:9
**Booker** [1] - 10:11
**break** [6] - 7:20, 7:23, 8:22, 10:19, 11:16, 15:14
**bring** [2] - 16:9, 17:8
**budgetary** [1] - 9:9
**Bureau** [1] - 17:11
**business** [1] - 3:22
**BY** [1] - 1:18

**C**

**C.A.T** [1] - 1:25
**candidate** [1] - 10:21
**capped** [1] - 10:16
**Carmichael** [1] - 12:25
**case** [9] - 14:3, 14:9, 15:16, 15:17, 17:3, 17:15, 17:16, 18:11, 18:14
**cases** [1] - 8:7
**cash** [2] - 17:9, 19:5
**cell** [1] - 5:25
**Center** [2] - 1:19, 14:15
**certain** [1] - 6:15
**certainly** [5] - 10:22, 11:3, 16:17, 17:11, 17:12
**certify** [1] - 21:3
**challenge** [1] - 14:7
**charge** [1] - 14:19
**charged** [2] - 13:14, 16:2
**charges** [1] - 13:9
**Chestnut** [1] - 1:15
**circumstances** [1] - 17:3
**City** [1] - 11:25
**class** [1] - 16:21
**clause** [1] - 20:7
**clear** [1] - 8:23
**client** [2] - 4:2, 11:16
**CM** [2] - 1:22, 21:9
**color** [2] - 6:4, 6:5
**coming** [2] - 12:5, 12:6
**commenced** [1] - 3:1
**comment** [1] - 13:22
**comments** [1] -

19:23
**commission** [1] - 3:24
**commit** [1] - 8:21
**committed** [1] - 8:8
**committing** [1] - 9:14
**Common** [3] - 4:4, 18:16, 20:7
**complainant** [3] - 12:11, 12:12, 13:6
**complied** [1] - 18:13
**comply** [1] - 19:4
**computer** [1] - 6:2
**concerned** [3] - 7:22, 10:12, 12:16
**concerns** [2] - 6:15, 6:19
**concluded** [1] - 20:24
**condition** [1] - 7:6
**conditions** [1] - 20:14
**conduct** [1] - 20:2
**Congress** [1] - 19:24
**consecutive** [2] - 5:11, 9:3
**consequential** [1] - 5:21
**consider** [1] - 3:7
**constraints** [1] - 9:9
**contact** [1] - 17:17
**contested** [3] - 5:16, 7:14, 7:16
**continue** [1] - 14:21
**continued** [1] - 9:21
**contrary** [1] - 10:3
**control** [1] - 19:6
**convicted** [5] - 4:11, 4:12, 13:23, 14:12, 17:2
**conviction** [5] - 4:7, 12:3, 12:4, 15:8, 16:24
**conviction's** [1] - 4:9
**convictions** [4] - 8:1, 10:20, 20:4, 20:5
**correct** [12] - 4:5, 4:6, 4:11, 5:6, 7:15, 8:12, 10:7, 10:14, 11:11, 14:25, 15:24, 21:3
**correctly** [1] - 15:23
**cost** [1] - 17:12
**costs** [1] - 17:15
**Counsel** [2] - 1:16, 1:20
**County** [1] - 4:5
**couple** [1] - 4:14
**course** [7] - 3:22,

10:11, 13:20, 17:14,
20:1, 20:16
court [1] - 9:15
Court [8] - 1:22, 4:4,
4:8, 11:2, 13:24, 18:3,
20:8, 21:9
COURT [77] - 1:1,
3:2, 3:5, 3:13, 3:17,
3:20, 4:9, 4:12, 4:18,
4:20, 4:23, 4:25, 5:2,
5:7, 5:12, 5:14, 5:18,
5:20, 6:8, 6:10, 6:13,
7:1, 7:3, 7:10, 7:14,
7:16, 8:4, 8:10, 8:13,
8:19, 8:25, 9:18, 9:25,
10:5, 10:10, 10:15,
10:18, 10:24, 11:5,
11:8, 11:12, 11:14,
12:19, 12:22, 12:25,
13:3, 13:8, 13:12,
13:18, 13:20, 14:1,
14:5, 14:12, 14:15,
14:17, 14:23, 15:2,
15:4, 15:8, 15:10,
15:13, 15:24, 16:16,
17:5, 17:14, 18:1,
18:7, 18:9, 18:15,
18:20, 18:24, 19:2,
19:18, 19:20, 19:22,
20:21, 20:23
Courthouse [1] -
1:23
CP-51-CR-0008507-
2011 [1] - 4:14
CP-51-CR-0012010-
2010 [1] - 4:1
Crawford [1] - 3:17
created [1] - 19:24
crime [4] - 5:3, 8:8,
8:9, 13:14
Crime [2] - 8:10,
15:18
crimes [4] - 3:25,
8:22, 9:13, 15:18
Criminal [2] - 3:6,
14:15
CRIMINAL [1] - 1:4
criminality [2] - 10:2,
17:7
CRR [2] - 1:22, 21:9
crunch [1] - 9:7
CSR [2] - 1:22, 21:9
Curtis [1] - 1:19
custody [3] - 4:3,
11:20, 20:13
cut [1] - 17:5

## D

DALZELL [1] - 1:10
Daniel [1] - 4:4
date [1] - 5:12
Date [1] - 21:11
dates [2] - 5:24, 5:25
David [1] - 3:6
DAVID [2] - 1:6, 18:8
days [1] - 20:17
deal [1] - 12:14
dealt [1] - 6:14
decade [1] - 15:21
decided [2] - 12:15,
17:23
deed [1] - 11:17
defend [1] - 16:11
DEFENDANT [9] -
18:6, 18:8, 18:10,
18:17, 18:22, 19:1,
19:3, 19:19, 19:21
Defendant [1] - 1:20
defendant [7] - 3:9,
4:15, 7:20, 8:21, 8:23,
20:4, 20:10
defendants [1] - 9:12
DEFENDER [1] -
1:18
Defender [1] - 9:8
defending [1] - 12:8
defense [1] - 16:14
defer [1] - 11:2
defraud [1] - 15:18
defrauding [1] - 8:10
delayed [1] - 3:23
delighted [2] - 3:10,
3:13
denied [2] - 6:16,
17:24
deny [2] - 14:18,
14:21
denying [1] - 14:8
Derrick [1] - 3:18
derrick [1] - 2:2
described [1] - 20:9
desperate [1] - 17:8
detain [1] - 19:10
difference [1] - 10:23
different [3] - 16:13,
16:14, 16:24
difficult [1] - 16:12
dire [1] - 11:22
direction [1] - 9:24
discount [1] - 17:2
discussing [1] - 9:1
disputed [3] - 4:2,
4:10, 5:22
disputes [2] - 16:5,
16:8

DISTRICT [2] - 1:1,
1:2
District [1] - 1:15
doubt [2] - 18:2, 20:6
down [1] - 20:1
Dronabinol [2] -
6:11, 7:8
dropping [1] - 10:2
due [1] - 20:7
during [2] - 12:6,
12:9

## E

early [1] - 15:21
EASTERN [1] - 1:2
Eastern [1] - 1:15
easy [1] - 16:1
either [2] - 5:16, 19:7
encounter [1] -
17:24
end [1] - 11:1
endangering [3] -
5:10, 13:11, 16:20
endangerment [2] -
5:4, 13:12
ended [1] - 12:15
enhanced [1] - 17:7
entitled [1] - 21:4
environs [1] - 16:15
ESQUIRE [2] - 1:14,
1:18
evening [1] - 12:6
event [1] - 13:8
eventually [1] -
12:14
evidence [2] - 11:17,
15:6
evident [2] - 19:22,
20:3
evidently [1] - 20:17
exactly [1] - 8:6
example [1] - 17:15

## F

facing [1] - 9:8
fact [2] - 14:7, 18:15
facts [1] - 14:3
far [6] - 5:21, 8:17,
10:11, 12:16, 14:8,
19:23
Federal [1] - 9:8
federal [1] - 9:9
Feldman [1] - 21:9
FELDMAN [1] - 1:22
felt [1] - 12:8
fight [2] - 16:22, 19:6

fighting [1] - 19:8
file [1] - 6:14
filed [2] - 4:7, 6:23
first [4] - 1:14, 3:22,
17:15, 18:11
First [1] - 3:10
followed [2] - 10:8,
20:13
FOR [1] - 1:2
foregoing [1] - 21:3
forget [1] - 15:16
form [3] - 3:24, 7:9,
20:12
forward [2] - 8:4,
18:7
fraud [1] - 8:9
frauds [1] - 15:17
free [1] - 20:4
frequented [1] -
16:21
friend [2] - 3:14, 7:17
front [1] - 12:4
full [1] - 7:11
Fund [2] - 8:11,
15:18

## G

gaping [1] - 11:24
Garvin [10] - 3:6,
3:20, 7:7, 8:8, 9:25,
11:20, 12:14, 17:1,
18:3, 20:16
GARVIN [2] - 1:6,
18:8
Garvin's [3] - 6:16,
16:14, 19:23
given [4] - 4:16, 9:5,
9:9, 10:20
goal [2] - 20:1
goals [1] - 19:24
God [1] - 14:23
goodness [1] - 17:16
Government [3] -
1:16, 4:20, 20:19
Government's [3] -
7:18, 7:25, 10:5
grant [1] - 14:20
grave [1] - 20:12
guess [4] - 7:10,
8:25, 9:1, 11:16
guide [1] - 20:1
Guideline [3] -
10:10, 10:15, 11:1
Guidelines [2] -
10:11, 15:22
guilty [11] - 12:14,
12:23, 13:8, 13:15,
16:19, 17:22, 18:1,

18:16, 19:11, 19:12,
19:16
guy [1] - 19:9

## H

handle [1] - 9:15
hands [1] - 7:11
health [1] - 7:22
HEARING [1] - 1:11
hearing [4] - 9:20,
12:12, 13:7, 20:10
high [1] - 11:1
himself [1] - 12:8
history [1] - 3:7
hitting [1] - 3:17
HIV [5] - 7:22, 13:21,
17:16
holes [1] - 11:24
Honor [31] - 3:3,
3:16, 3:19, 4:6, 4:17,
4:21, 5:6, 5:17, 5:19,
5:23, 6:9, 6:22, 6:25,
7:13, 8:2, 8:17, 8:21,
11:19, 11:22, 13:23,
14:14, 15:12, 15:20,
15:22, 15:25, 16:18,
17:3, 17:21, 19:21,
20:20, 20:22
HONORABLE [1] -
1:10
Honorable [1] - 4:3
hope [1] - 9:24
hoped [1] - 7:24
hoping [2] - 19:19,
19:21
hour [1] - 19:15
hours [4] - 6:6, 12:6,
16:3, 19:15
house [3] - 11:20,
11:21, 11:25
hurt [4] - 19:8, 19:9,
19:10
hurts [1] - 16:23

## I

idea [1] - 19:25
identified [1] - 6:19
ignore [1] - 18:15
illegally [1] - 15:6
imposed [4] - 8:17,
11:9, 11:15, 20:14
imprisonment [1] -
11:3
IN [2] - 1:1, 2:1
incarcerated [1] -
19:13

**incident** [2] - 12:4, 12:9
**incidents** [2] - 6:23, 16:11
**indeed** [3] - 9:8, 14:12, 17:18
**indicates** [2] - 5:24, 7:7
**individual** [2] - 12:8, 16:2
**individuals** [1] - 12:17
**information** [1] - 4:7
**injuries** [1] - 12:9
**injury** [1] - 19:11
**instrument** [2] - 5:3, 13:14
**interrupt** [1] - 13:25
**involve** [1] - 12:19
**involves** [1] - 13:21
**involving** [2] - 3:9, 16:8
**issue** [3] - 6:15, 14:3, 17:18
**Item** [2] - 4:1, 4:13
**Items** [2] - 5:20, 7:11

**J**

**judge** [6] - 17:22, 17:23, 18:16, 18:17, 18:18, 18:23
**judgment** [1] - 20:15
**Judiciary** [1] - 9:8
**jury** [3] - 14:13, 18:19, 18:22
**Justice** [1] - 14:15

**K**

**KATHLEEN** [1] - 1:22
**Kathleen** [1] - 21:9
**keep** [1] - 16:9
**kind** [2] - 17:24, 18:12
**knife** [3] - 12:19, 13:5, 13:16
**knows** [1] - 14:23

**L**

**LAPPEN** [33] - 1:14, 3:3, 3:12, 4:19, 4:21, 4:24, 5:6, 5:8, 5:13, 8:2, 8:6, 8:12, 8:15, 8:20, 9:11, 9:19, 10:4, 10:7, 10:14, 10:17,

10:22, 10:25, 11:6, 11:11, 11:13, 13:25, 14:2, 14:6, 15:1, 15:3, 15:5, 15:9, 20:20
**Lappen** [9] - 3:11, 5:15, 7:17, 11:12, 11:15, 14:1, 14:5, 15:15, 16:16
**large** [1] - 10:23
**last** [3] - 11:20, 15:21, 17:4
**lawful** [1] - 20:1
**learned** [2] - 18:20, 20:10
**lectern** [1] - 8:5
**legal** [1] - 14:3
**length** [1] - 9:2
**leniency** [1] - 19:21
**less** [1] - 5:21
**lesson** [1] - 18:24
**life** [1] - 17:10
**line** [1] - 16:5
**listing** [1] - 12:13
**listings** [1] - 12:13
**live** [2] - 12:1, 16:15
**living** [4] - 11:21, 12:2, 15:25, 19:5
**locked** [1] - 19:15
**looking** [2] - 6:13, 10:1
**loss** [2] - 7:5, 7:6
**LOUIS** [1] - 1:14
**Louis** [1] - 3:11
**LUBY** [1] - 3:19
**Luby** [2] - 2:2, 3:18

**M**

**machine** [1] - 1:25
**mail** [1] - 6:1
**maladies** [1] - 8:16
**man** [1] - 7:8
**man-made** [1] - 7:8
**March** [1] - 4:2
**marijuana** [1] - 7:9
**Mark** [1] - 3:15
**MARK** [1] - 1:18
**Market** [1] - 1:23
**matter** [2] - 13:20, 21:5
**matters** [3] - 7:19, 9:4
**maximum** [2] - 9:21, 10:12
**MAY** [1] - 1:8
**mean** [6] - 7:16, 8:6, 15:1, 15:5, 15:17, 17:15
**medication** [1] - 7:4

**message** [2] - 8:23, 11:6
**middle** [1] - 16:21
**might** [1] - 11:19
**mind** [1] - 19:24
**modification** [1] - 6:16
**moment** [1] - 13:25
**months** [8] - 4:3, 10:8, 10:9, 10:13, 10:21, 15:23, 20:13
**morning** [7] - 3:2, 3:3, 3:4, 3:19, 3:20, 6:2
**most** [3] - 12:3, 16:10, 16:15
**mother's** [1] - 11:21
**motion** [5] - 6:16, 6:18, 6:23, 6:24, 7:23
**MR** [68] - 3:3, 3:4, 3:12, 3:16, 4:6, 4:11, 4:16, 4:19, 4:21, 4:24, 5:1, 5:6, 5:8, 5:13, 5:17, 5:19, 5:23, 6:9, 6:11, 6:21, 7:2, 7:4, 7:13, 7:15, 8:2, 8:6, 8:12, 8:15, 8:20, 9:11, 9:19, 10:4, 10:7, 10:14, 10:17, 10:22, 10:25, 11:6, 11:11, 11:13, 11:19, 12:21, 12:24, 13:2, 13:4, 13:10, 13:13, 13:19, 13:22, 13:25, 14:2, 14:6, 14:14, 14:16, 14:18, 14:25, 15:1, 15:3, 15:5, 15:9, 15:12, 15:20, 15:25, 16:18, 17:12, 17:21, 20:20, 20:22
**must** [1] - 15:13

**N**

**namely** [1] - 3:8
**natural** [1] - 7:9
**nausea** [1] - 7:4
**need** [1] - 11:22
**needed** [2] - 11:17, 11:23
**never** [2] - 6:20, 13:6
**nevertheless** [1] - 17:7
**new** [1] - 14:20
**next** [1] - 6:6
**night** [2] - 16:4, 16:5
**NO** [1] - 1:6
**nonexistent** [1] - 12:10

**nonjury** [2] - 14:13, 14:14
**noted** [1] - 6:15
**nothing** [1] - 20:22
**Number** [1] - 3:6

**O**

**o'clock** [1] - 16:4
**obligations** [1] - 9:16
**obtained** [1] - 15:5
**obviously** [8] - 5:21, 6:23, 7:19, 8:25, 9:3, 11:1, 17:1, 18:20
**occur** [2] - 15:20, 16:5
**occurred** [2] - 6:23, 12:4, 20:3
**October** [1] - 6:14
**OF** [5] - 1:2, 1:4, 1:11, 1:13, 1:18
**offense** [2] - 5:2, 16:3
**offenses** [2] - 5:7, 17:8
**offered** [1] - 12:15
**Office** [1] - 2:2
**office** [1] - 9:7
**OFFICE** [1] - 1:13
**officer** [5] - 9:20, 14:22, 17:25, 18:12
**OFFICER** [1] - 3:19
**Official** [1] - 1:22, 21:9
**old** [2] - 3:14, 7:17
**older** [1] - 3:14
**once** [1] - 15:16
**one** [6] - 7:2, 10:20, 13:25, 17:8, 17:10, 19:15
**ones** [1] - 15:19
**opened** [1] - 12:6
**order** [4] - 3:22, 6:14, 6:20, 16:9
**ordinary** [1] - 7:21
**original** [1] - 20:15
**originally** [1] - 8:8
**outside** [1] - 16:3

**P**

**PA** [3] - 1:16, 1:20, 1:24
**paragraph** [1] - 6:17
**Paragraphs** [1] - 20:9
**pardon** [1] - 19:20
**part** [1] - 15:21

**particular** [1] - 5:24
**particularly** [1] - 7:20
**past** [1] - 10:1
**patients** [1] - 7:6
**PC** [1] - 19:14
**pending** [1] - 4:8
**PENNSYLVANIA** [2] - 1:2, 1:7
**Pennsylvania** [2] - 1:15, 4:8
**people** [7] - 16:4, 16:6, 16:10, 16:11, 16:15, 16:22, 20:1
**period** [4] - 9:21, 9:22, 10:6
**person** [4] - 5:10, 9:23, 16:20, 17:16
**petition** [1] - 3:8
**PHILADELPHIA** [2] - 1:7, 1:18
**Philadelphia** [5] - 1:16, 1:20, 1:24, 4:4, 16:15
**phone** [2] - 6:1, 6:7
**phony** [1] - 15:18
**photograph** [1] - 12:11
**physical** [1] - 8:16
**pictures** [1] - 11:24
**pinch** [1] - 3:17
**place** [1] - 12:1
**plea** [3] - 12:14, 12:23, 13:16
**plead** [3] - 13:8, 19:11, 19:12
**Pleas** [3] - 4:4, 18:16, 20:8
**pled** [2] - 12:14, 14:15, 16:19, 19:16
**plenty** [1] - 15:19
**point** [3] - 7:10, 11:9, 12:16
**police** [6] - 13:4, 13:5, 14:21, 14:22, 16:8, 17:25
**positive** [2] - 7:22, 13:21, 17:16
**possessing** [1] - 5:3
**possession** [1] - 13:14
**poverty** [1] - 16:8
**practical** [1] - 9:10
**pre** [1] - 10:11
**pre-Booker** [1] - 10:11
**prejudice** [2] - 6:17, 6:18
**preliminary** [2] - 12:12, 13:6

**prescription** [2] - 6:11, 7:8
**prescriptions** [1] - 7:2
**presented** [1] - 11:24
**previous** [1] - 6:24
**prison** [5] - 10:8, 12:1, 17:10, 19:14
**Prisons** [1] - 17:11
**probability** [1] - 17:7
**Probation** [2] - 2:2, 10:25
**PROBATION** [1] - 3:19
**probation** [8] - 4:16, 4:18, 4:22, 4:23, 5:8, 5:9, 9:19, 10:12
**Probation's** [1] - 10:7
**proceedings** [1] - 21:4
**Proceedings** [2] - 3:1, 20:24
**process** [2] - 12:16, 20:7
**produced** [1] - 1:25
**program** [2] - 6:1, 6:4
**proof** [1] - 20:6
**public** [1] - 17:13
**punishment** [1] - 9:2
**put** [1] - 12:25

## Q

**quite** [6] - 8:15, 10:3, 15:20, 17:17, 19:22, 20:2
**quoting** [1] - 6:17

## R

**range** [3] - 10:10, 10:15, 11:1
**real** [1] - 15:19
**realizing** [1] - 19:24
**really** [1] - 8:7
**reason** [1] - 3:23
**reasonable** [2] - 18:2, 20:6
**reasons** [2] - 16:7
**recalled** [2] - 11:15, 15:15
**received** [1] - 5:8
**receiving** [1] - 8:22
**recent** [1] - 12:3
**recidivism** [1] - 20:2
**reckless** [3] - 5:4,

13:10, 13:12
**recklessly** [2] - 5:10, 16:19
**recollection** [1] - 15:17
**recommendation** [2] - 9:20, 10:8
**recommended** [1] - 10:25
**record** [4] - 9:6, 17:1, 17:21, 21:4
**recovered** [1] - 13:5
**Reform** [1] - 19:25
**refreshed** [1] - 15:16
**regardless** [1] - 17:18
**regrettably** [1] - 19:23
**relates** [3] - 4:1, 14:2, 14:6
**relatively** [1] - 12:10
**release** [7] - 3:8, 9:17, 10:6, 10:9, 12:3, 20:11, 20:14
**RELEASE** [1] - 1:11
**relieved** [1] - 9:16
**remember** [2] - 8:13, 8:20
**repairs** [2] - 11:22, 11:23
**report** [2] - 13:1
**Reporter** [2] - 1:22, 21:9
**represented** [1] - 16:1
**require** [1] - 16:25
**residing** [1] - 16:6
**respect** [3] - 5:20, 6:9, 6:22
**returning** [1] - 12:5
**REVOCATION** [1] - 1:11
**Ridge** [2] - 12:2, 16:1
**rights** [1] - 14:10
**roof** [1] - 11:25
**room** [1] - 1:23
**RPR** [2] - 1:22, 21:9
**RUT** [1] - 6:1

## S

**sanction** [3] - 15:11, 17:1, 20:12
**scratch** [1] - 12:10
**secondly** [2] - 4:13, 19:6
**see** [3] - 3:25, 8:7, 18:20
**semblance** [1] - 16:9

**send** [1] - 11:6
**sense** [2] - 9:5, 9:14
**sent** [1] - 8:23
**sentence** [8] - 4:17, 5:12, 8:18, 11:2, 11:3, 11:9, 11:15, 11:20
**sentenced** [4] - 4:3, 4:15, 4:22, 5:5
**sentencing** [5] - 9:7, 10:19, 11:23, 15:14, 20:12
**Sentencing** [1] - 19:25
**serious** [7] - 7:19, 8:9, 8:18, 11:3, 16:10, 17:18, 19:11
**seriously** [3] - 16:23, 19:9, 20:6
**seriousness** [1] - 10:20
**served** [2] - 4:15, 9:4
**serving** [1] - 11:20
**set** [1] - 9:24
**sexual** [2] - 17:17, 18:13
**Shelter** [1] - 12:2
**shelter** [9] - 12:5, 12:7, 12:18, 15:25, 16:3, 16:5, 16:6, 19:5
**shorthand** [1] - 1:25
**shortly** [1] - 6:21
**shot** [1] - 20:3
**show** [1] - 6:12
**showed** [1] - 13:6
**showing** [1] - 11:24
**signed** [1] - 3:9
**significant** [1] - 15:14
**similar** [1] - 16:2
**simple** [9] - 5:4, 5:9, 12:3, 12:24, 13:10, 16:19, 16:23, 19:12, 19:17
**situation** [2] - 7:22, 16:12
**slightest** [1] - 9:5
**society** [1] - 16:14
**solicit** [1] - 14:22
**solicitation** [1] - 13:21
**sometimes** [2] - 9:12, 16:11
**somewhat** [1] - 16:24
**sorry** [2] - 14:5, 15:2
**specifically** [1] - 7:7
**SSI** [1] - 19:4
**stage** [1] - 15:18
**standard** [1] - 20:7
**started** [1] - 3:15

**starting** [1] - 16:4
**state** [3] - 9:4, 19:13, 19:14
**statement** [4] - 14:4, 14:7, 14:10, 17:23
**STATES** [3] - 1:1, 1:4, 1:13
**States** [3] - 1:14, 2:2, 3:5
**statutory** [1] - 10:12
**STEWART** [1] - 1:10
**still** [4] - 4:8, 20:7
**Street** [1] - 1:15, 1:19, 1:23
**structured** [1] - 17:11
**subject** [1] - 16:13
**submission** [1] - 6:18
**substance** [1] - 7:9
**suffering** [1] - 8:16
**sufficiently** [1] - 7:11
**suggest** [3] - 16:18, 16:24, 16:25
**Suite** [2] - 1:15, 1:19
**Superior** [2] - 4:8, 13:24
**SUPERVISED** [1] - 1:11
**supervised** [7] - 3:8, 9:16, 10:6, 10:9, 12:3, 20:11, 20:14
**supervision** [3] - 9:5, 9:21, 19:25
**supposed** [2] - 6:3, 6:5
**suppression** [3] - 14:4, 14:6, 17:18
**sway** [1] - 17:23
**SWORN** [1] - 18:8
**sympathetic** [1] - 17:6
**system** [1] - 9:15

## T

**term** [3] - 5:11, 9:17, 20:11
**terroristic** [1] - 5:3
**THC** [1] - 7:8
**THE** [88] - 1:1, 1:2, 1:10, 1:13, 3:2, 3:5, 3:13, 3:17, 3:20, 4:9, 4:12, 4:18, 4:20, 4:23, 4:25, 5:2, 5:7, 5:12, 5:14, 5:18, 5:20, 6:8, 6:10, 6:13, 7:1, 7:3, 7:10, 7:14, 7:16, 8:4, 8:10, 8:13, 8:19, 8:25,

9:18, 9:25, 10:5, 10:10, 10:15, 10:18, 10:24, 11:5, 11:8, 11:12, 11:14, 12:19, 12:22, 12:25, 13:3, 13:8, 13:12, 13:18, 13:20, 14:1, 14:5, 14:12, 14:15, 14:17, 14:23, 15:2, 15:4, 15:8, 15:10, 15:13, 15:24, 16:16, 17:5, 17:14, 18:1, 18:6, 18:7, 18:9, 18:10, 18:15, 18:17, 18:20, 18:22, 18:24, 19:1, 19:2, 19:3, 19:18, 19:19, 19:20, 19:21, 19:22, 20:21, 20:23
**theft** [1] - 16:13
**themselves** [1] - 16:11
**theoretically** [1] - 14:20
**thereof** [1] - 6:17
**thirsty** [1] - 19:5
**threats** [1] - 5:4
**three** [1] - 6:17
**today** [2] - 20:10, 20:18
**together** [2] - 3:5, 17:8
**tolerated** [1] - 11:7
**took** [3] - 7:4, 18:22, 18:24
**TOOMER** [2] - 1:6, 18:8
**Toomer** [3] - 3:6, 8:8, 8:16
**track** [1] - 9:6
**transcript** [2] - 12:22, 21:3
**Transcript** [1] - 1:25
**treat** [2] - 7:4, 7:5
**trial** [8] - 7:21, 13:24, 14:13, 14:14, 14:20, 18:19, 18:23
**tried** [1] - 19:9
**troubled** [1] - 9:13
**troubling** [1] - 7:19
**true** [5] - 8:2, 10:4, 18:10, 18:12, 18:14
**try** [1] - 16:9
**trying** [2] - 9:10, 17:2
**twice** [1] - 18:11
**two** [5] - 7:25, 9:4, 10:20, 12:17, 20:4
**type** [1] - 16:2, 16:25, 18:13

## U

**U.S** [2] - 1:23, 3:11
**unable** [1] - 5:25
**under** [3] - 9:16, 20:7, 20:14
**undercover** [2] - 14:22, 17:25
**underlying** [3] - 14:3, 14:7, 15:8
**united** [1] - 2:2
**UNITED** [3] - 1:1, 1:4, 1:13
**United** [2] - 1:14, 3:5
**unpunished** [1] - 11:18
**unusual** [1] - 15:17
**up** [5] - 6:13, 13:6, 16:5, 19:13, 19:15
**Upper** [1] - 16:1
**upper** [1] - 16:21
**urine** [1] - 6:6

## V

**various** [3] - 11:23, 16:7
**versus** [1] - 3:6
**via** [1] - 1:25
**Victims** [2] - 8:10, 15:18
**view** [4] - 7:18, 7:25, 10:5
**violated** [1] - 14:10
**violation** [3] - 3:8, 9:1, 20:11
**violations** [3] - 3:24, 10:12, 20:8
**voice** [2] - 6:1, 6:3
**vomiting** [1] - 7:5
**vs** [1] - 1:5

## W

**wait** [1] - 3:25
**waiver** [3] - 18:17, 18:18, 18:23
**Walnut** [1] - 1:19
**warned** [1] - 8:21
**weeks** [1] - 4:15
**weight** [1] - 7:6
**welcome** [1] - 3:20
**WILSON** [37] - 1:18, 3:4, 3:16, 4:6, 4:11, 4:16, 5:1, 5:17, 5:19, 5:23, 6:9, 6:11, 6:21, 7:2, 7:4, 7:13, 7:15, 11:19, 12:21, 12:24, 13:2, 13:4, 13:10, 13:13, 13:19, 13:22, 14:14, 14:16, 14:18, 14:25, 15:12, 15:20, 15:25, 16:18, 17:12, 17:21, 20:22
**Wilson** [4] - 3:15, 4:1, 11:14, 20:21
**won** [1] - 14:19
**word** [1] - 19:9
**works** [1] - 6:1
**worse** [2] - 17:4, 17:6
**worth** [1] - 9:1

## Y

**year** [3] - 5:9, 19:13, 20:13
**years** [3] - 4:22, 4:23, 5:8